Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 5 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | **2:17-CR-220-SAB** |
| | 18 U.S.C. §§ 1153, 2241(c), 2246(2)(A), (B) |
| vs. | Aggravated Sexual Abuse of a Child and Attempt |
| KENNEDY LOUIS GEORGE, | (Counts 1-2) |
| Defendant. | 18 U.S.C. §§ 1153, 2243(a), 2246(2)(C) |
| | Sexual Abuse of a Minor and Attempt |
| | (Count 3) |

The Grand Jury Charges:

COUNT 1

On, about, and between June 1, 2017, and August 31, 2017, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, Defendant KENNEDY LOUIS GEORGE, an Indian, did knowingly cause and attempt to cause Minor 1, a child who had not attained the age of 12 years, to engage in a sexual act, to wit: contact between the mouth of Minor 1 and KENNEDY LOUIS GEORGE's penis, all in violation of 18 U.S.C. §§ 1153, 2241(c), 2246(2)(B).

INDICTMENT – 1

## COUNT 2

On, about, and between May 17, 2011, and July 21, 2011, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, Defendant KENNEDY LOUIS GEORGE, an Indian, did knowingly cause and attempt to cause Minor 1, a child who had not attained the age of 12 years, to engage in a sexual act, to wit: penetration of the vulva of Minor 1 by KENNEDY LOUIS GEORGE's penis, all in violation of 18 U.S.C. §§ 1153, 2241(c), 2246(2)(A).

## COUNT 3

On, about, and between June 1, 2017, and August 31, 2017, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, Defendant KENNEDY LOUIS GEORGE, an Indian, did knowingly cause and attempt to cause Minor 2, a child who had attained the age of 12 years but had not attained the age of 16 years and was at least four years younger than Defendant, to engage in a sexual act, to wit: penetration of the genital opening of Minor 2 by KENNEDY LOUIS GEORGE's finger, all in violation of 18 U.S.C. §§ 1153, 2243(a), 2246(2)(C).

DATED this 5 day of December, 2017.

A TRUE BILL.

_____
Foreperson

Joseph H. Harrington
Acting United States Attorney

Alison L. Gregoire
Assistant United States Attorney

INDICTMENT – 2